IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page   1

| RICHARD WAYNE SCHROEDER SR | | | Debtor Attorney |
|---|---|---|---|
| JANE SULLIVAN SCHROEDER | Date | 09/19/2013 | MONTE J WHITE |
| 2554 NW ACCESS RD | Case Number | 13-70180-HDH-13 | ATTORNEY AT LAW |
| | | | 1106 BROOK AVE HAMILTON PLACE |
| IOWA PARK TX 76367 | 90 Day Bar Date | 09/19/2013 | WICHITA FALLS,TX 76301-0000 |
| | Govt Bar Date | 11/12/2013 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | 0.00 | 3,196.00 | Legal |
| 001-1 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 | | | | 304.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 05/22/2013 | xxxxxxxxx/801<br>NOT PROVIDED FOR IN PLAN;  NEED TREATMENT | 0.00 | 14,124.39 | Priority |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | | | 0.00 | 49.92 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | IOWA PARK ISD<br>PO BOX 428<br><br>IOWA PARK,TX 76367- | 06/07/2013 | x0778 | 1,976.04 | 1,117.66 | Secured |
| 009-0 | FIA CARD SERVICES NA<br>PO BOX 15102<br><br>WILMINGTON,DE 19886-5102 | 08/30/2013 | 4312 | 13,591.00 | 13,591.22 | Unsecured |

Continued on Next Page

In RE:   RICHARD WAYNE SCHROEDER SR     JANE SULLIVAN SCHROEDE    Case Number   13-70180-HDH-13     9/19/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 010-0 | QUANTUM3 GROUP<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 07/29/2013 | xxxxxx5124 | 348.00 | 256.19 | Unsecured |
| 011-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 09/12/2013 | 2175 | 13,431.00 | 13,431.83 | Unsecured |
| 012-0 | CHASE BANK<br>PO BOX 263+9<br><br>WILMINGTON,DE 19850- | | 1430 | 2,586.51 | 0.00 | Unsecured<br>Not Filed |
| 013-0 | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br><br>NEW ALBANY,OH 43054- | 05/22/2013 | 7650 | 273.00 | 724.64 | Unsecured |
| 014-0 | FIRST NATIONAL BANK OF BYERS<br>PO BOX 285<br><br>BYERS,TX 76357-0000 | 08/08/2013 | 8016 | 14,000.00 | 124,670.20 | Unsecured |
| 015-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 08/27/2013 | 1246 | 4,702.00 | 4,702.00 | Unsecured |
| 016-0 | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 09/10/2013 | 5101 | 1,284.00 | 1,284.34 | Unsecured |
| 017-0 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br><br>WILMINGTON,DE 19850- | | | 0.00 | 0.00 | Notice Only |
| 018-0 | GECRB/JC PENNY<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL,GA 30076-9104 | | | 0.00 | 0.00 | Notice Only |
| 019-0 | DAVID RUGELEY LLP<br>900 EIGHTH ST<br>STE 1102<br>WICHITA FALLS,TX 76301- | | | 0.00 | 0.00 | Notice Only |
| 020-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 05/22/2013<br>NOT PROVIDED FOR IN PLAN | xxxxxxxxx/801 | 0.00 | 15,456.50 | Unsecured |
| 021-0 | CITY OF IOWA PARK IPISD<br>C/O PERDUEBRANDONFIELDERCOLLINS&MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS,TX 76307-8188 | | | 0.00 | 0.00 | Notice Only |
| 022-0 | WICHITA COUNTY<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-1471 | 06/07/2013<br>NOT PROVIDED FOR IN PLAN | x0778 | 0.00 | 612.81 | Secured |
| 023-0 | BANK OF AMERICA<br>ATTN: RECOVERY DEPARTMENT<br>4161 PEIDMONT PKWY<br>GREENBORO,NC 27410- | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Page 3

In RE: RICHARD WAYNE SCHROEDER SR    JANE SULLIVAN SCHROEDER    Case Number 13-70180-HDH-13    9/19/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 024-0 FIA CARD SERVICES NA<br>PO BOX 982284<br>EL PASO, TX 79998-2238 | | 4312 | 0.00 | 0.00 | Notice Only |
| 025-0 BEALLS/COMENITY BANK<br>COMENITY BANK ATTN: BANKRUPTCY<br>PO BOX 182686<br>COLUMBUS, OH 43218- | | | 0.00 | 0.00 | Notice Only |
| 026-0 PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK, VA 23541- | | 1246 | 0.00 | 0.00 | Notice Only |
| 027-0 GECRB-CARE CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076- | | 1246 | 0.00 | 0.00 | Notice Only |
| 028-0 JC PENNEY<br>PO BOX 533<br>DALLAS, TX 75221-0000 | | | 0.00 | 0.00 | Notice Only |
| 029-0 CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | | 2175 | 0.00 | 0.00 | Notice Only |
| 851-0 INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS, TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 RICHARD WAYNE SCHROEDER SR<br>, | | | 0.00 | 0.00 | Dbtr Refund Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey
-----------------------------------------------
Standing Bankruptcy Trustee